IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>WILLIE L. HILL,<br><br>                    Defendant. | 8:20-CR-205<br><br>MEMORANDUM AND ORDER |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 29) denying Defendant's Motion to Suppress Physical Evidence and Statements (Filing 16). Defendant timely filed a Statement of Objections to Magistrate Judge's Findings and Recommendation. Filing 32. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Statement of Objections to Magistrate Judge's Findings and Recommendation (Filing 32) is overruled;

2. The Magistrate Judge's Findings and Recommendation (Filing 29) is adopted;

3. Defendant's Motion to Suppress (Filing 16) is denied; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 16, Filing 29, Filing 32, and Filing 34.

Dated this 31st day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge