IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>WILLIE L. HILL,<br><br>                Defendant. | 8:20-CR-205<br><br>ORDER RESCINDING WARRANT |

On May 30, 2023, upon motion from the Government, the Court dismissed the Petition for Offender under Supervision against defendant Willie L. Hill without prejudice. Filing 92; Filing 93. In accordance with that order, the Court hereby rescinds the arrest warrant for Hill. Accordingly,

IT IS ORDERED:

1. The May 16, 2023, arrest warrant for defendant Willie L. Hill, Filing 90, is rescinded; and

2. The Clerk of Court is directed to provide a copy of this order and the Court's May 30, 2023, order dismissing the petition, Filing 93, to the United States Marshals Service.

Dated this 2nd day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge